Scott D. Bergin
Richard R. DuVall
Lance N. Portman
Richard J. Olson
Matthew V. Mirabile
Kimberly Hunt Lee
Rebecca M. Blahut
Daniel C. Stafford
Tristan Smith
Thomas J. Cummings
Eric B. Wharton
Daniel M. Hart
Nicholas Tarkazikis
Lisa M. Singh

*Of Counsel*
David L. Posner
Ellen L. Baker
Hon. Albert M. Rosenblatt
Mary E. Tokarz

J. Joseph McGowan (*Retired*)
John E. Mack *1874-1958*
Joseph A. McCabe *1890-1973*
Edward J. Mack *1910-1998*
Joseph C. McCabe *1925-1981*



# M<sup>c</sup>CABE & MACK LLP
## ATTORNEYS AT LAW



**MEMO ENDORSED**

mccm.com

Direct Dial: (845) 486-6894
E-mail: klee@mccm.com

November 4, 2021

**Via ECF**
Hon. Kenneth M. Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

RE:   Hurdus v. Pavese
      20-cv-4407 (KMK)(PED)
      Our File No. 9202-101

Dear Judge Karas:

I am writing to ask that we be permitted until tomorrow, November 5, 2021, to send our letter to the court regarding the upcoming settlement conference. An emergency came up and we were unable to send the letter by yesterday's deadline. We apologize for the delay and any inconvenience.

Respectfully yours,

McCABE & MACK LLP

*Kimberly Hunt Lee*
KIMBERLY HUNT LEE

KHL/dmf
cc:   Michael H. Sussman, Esq./Sussman & Associates

*Granted.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
11/4/2021

63 Washington Street, P.O. Box 509, Poughkeepsie, NY 12602-0509 | 845-486-6800 | fax: 845-486-7621